60857. PEABODY v. THE STATE.
60862. CRAIG v. THE STATE.

QUILLIAN, Chief Judge.
The Supreme Court in *State v. Peabody,* 247 Ga. 580 (277 SE2d 668) has reversed our decision in *Peabody v. State,* 156 Ga. App. 853 (276 SE2d 47). Therefore, in conformity with that Court's mandate our judgments of reversal are vacated and the judgments of the trial court are affirmed.

*Judgments affirmed. Shulman, P. J., and Carley, J., concur.*

DECIDED JUNE 26, 1981.

*R. Michael Key,* for appellant (case no. 60857).
*Allison W. Davidson,* for appellant (case no. 60862).
*William F. Lee, District Attorney, Gerald S. Stovall, Assistant*

*District Attorney,* for appellee.